CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Edwin Andres Ibarra-Valencia**; DOB: 2006; U.S. Citizen<br>**Dominick Daniel Lagunas**; DOB: 2005; U.S. Citizen<br>**Sebastian Vasquez**; DOB: 2000; U.S. Citizen<br>**Oscar Watson**; DOB: 1990; U.S. Citizen<br>**Rene Alex Yepiz**; DOB: 2003; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**25-04610MJ** |

Complaint for violation of Title 18, United States Code § 545

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about January 29, 2025, in the District of Arizona, the defendants, **Edwin Andres Ibarra-Valencia, Dominick Daniel Lagunas, Sebastian Vasquez, Oscar Watson**, and **Rene Alex Yepiz** did willfully and knowingly import and bring into the United States certain merchandise, that is, four horses, contrary to law, in that the horses were not unladen in the presence of and inspected by a customs officer at the first port of entry at which such merchandise arrived in the United States and in that the required declaration of such merchandise was not made, in violation of 9 C.F.R. 93.300 through 93.326.

All in violation of Title 18, United States Code, Section 545.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On Wednesday, January 29, 2025, Border Patrol agents were working in Nogales, Arizona, targeting horse smuggling operations. At approximately, 10:35 a.m., agents at an observation post gained visual of four horses and four riders coming north from Highway 2 in Mexico. The horses and riders were riding northbound toward the United States/Mexico International Border. At approximately 11:00 a.m., the agents at the observation post watched as all four riders approached the dropdown gate at the United States/Mexico International Border fence and proceeded north into the United States (U.S.). Agents watched as the four riders on horseback rode into the U.S. from Mexico. The agents noted the colors of the horses (one light buckskin, two brown, and one charcoal), as well as clothing descriptions of the riders. At approximately 11:47 a.m., agents in unmarked vehicles observed a grey 2016 Dodge Ram 2500 towing an empty white horse trailer entering Duquesne Road from Highway 82 in Nogales, Arizona. Camera operators gained visual of the truck and trailer as it traveled east on Duquesne Road and eventually came to a stop near the Third Cattle Guard. After the truck stopped, a driver hopped out and opened the horse trailer door. Agents and camera operators watched as the four horseback riders approached the truck and trailer. All four riders loaded their horses into the trailer and then entered the Dodge truck. Agents and camera operators maintained visual of the truck as it proceeded west on Duquesne Road. The truck passed an agent in a marked Border Patrol vehicle. The agent in the marked Border Patrol vehicle activated the overhead emergency lights and sirens and conducted a vehicle stop of the Dodge truck and horse trailer.

CONTINUED ON NEXT PAGE

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Eric Wood<br>Border Patrol Agent |

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 30, 2025 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewing AUSA S. Houston

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:     25-04610MJ

The driver of the truck was identified as Rene Alex YEPIZ. The passengers were identified as Edwin Andres IBARRA-Valencia, Dominick Daniel LAGUNAS, Sebastian VASQUEZ, and Oscar WATSON. Agents observed that the horses in the trailer matched the description of the horses that had illegally entered the United States earlier in the morning.

VASQUEZ was identified as a rider of one of the horses and as the registered owner of the 2016 Dodge Ram 2500.

After waiving his *Miranda* rights, YEPIZ said he didn't know his friends were smuggling horses from Mexico into the United States and said he was not being paid. YEPIZ admitted he has ridden horses from Mexico into the U.S. and crossed where there is no International Border fence. YEPIZ said he's been paid $200 USD per horse. YEPIZ acknowledged that he understands it is illegal to cross horses into the U.S., but he didn't think it was a big deal. YEPIZ said he was picked up by his friends and went to pick up the horse trailer. YEPIZ also stated he was using WhatsApp to communicate with VASQUEZ.

After waiving his *Miranda* rights, IBARRA acknowledged he was in custody because of the horses from Mexico. IBARRA admitted he knows it is illegal to cross horses in the way they did, by avoiding the Port of Entry and without the health certificate for the horse. IBARRA said he's known VASQUEZ for a while and knows that VASQUEZ is dedicated to crossing horses illegally. IBARRA said he would get paid $300 per horse. IBARRA admitted he would travel to VASQUEZ's ranch in Mexico and bring a horse from there. IBARRA said they were going to drop off the horses close to the location where they were arrested. IBARRA said he has crossed approximately 15 to 20 times and was paid $300 every time. IBARRA said LAGUNA has also crossed a few times and knew they were crossing horses illegally. IBARRA identified VASQUEZ as the coordinator of the horse crossing operation.

After waiving his *Miranda* rights, LAGUNAS acknowledged he was in custody "because of the horses." LAGUNAS said he was invited to brand cattle in Mexico by VASQUEZ's younger brother. LAGUNAS admitted that he, VASQUEZ, WATSON, and IBARRA were all riding horses. LAGUNAS admitted he knew they were headed into the U.S., but he didn't say anything because he was scared. LAGUNAS said that IBARRA opened the horse gate at the border and they entered the U.S. LAGUNAS said he didn't know it was illegal for horses to be ridden into the U.S. from Mexico. LAGUNAS said he was going to be paid $150 for branding cattle in Mexico.

CONTINUED ON NEXT PAGE

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:    25-04610MJ



